UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EVGENII MALENKO,<br><br>  Plaintiff,<br><br>  v.<br><br>UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICE (USCIS), et. al.,<br><br>  Defendants. | No.  2:24-cv-03098-DJC-CKD PS<br><br>ORDER TO SHOW CAUSE |

   On March 11, 2025, the Court granted plaintiff's application to proceed in forma pauperis and screened his complaint. (ECF No. 4.) Plaintiff was instructed to complete the Notice of Submission of Documents provided by the Court and within thirty days to submit the completed Notice to the Court with five completed USM-285 forms; five completed summonses for Defendants; and six copies of the endorsed Complaint. (Id.)

   Plaintiff was instructed that he need not attempt service on the Defendants nor request a waiver of service because upon receipt of the documents, the Court would direct the United States Marshals Service to serve the Defendants pursuant to Federal Rule of Civil Procedure 4 without payment of costs. (Id.)  Plaintiff was warned that a failure to comply with the Order might result in the dismissal of this action. (Id.)

   More than thirty days have now passed but plaintiff has failed to submit the required

1

1 | documents or otherwise respond to the Court. Accordingly, IT IS HEREBY ORDERED that
2 | within fourteen days of the date of this order, plaintiff shall show cause for his failure to follow
3 | the Court's Order; failure to respond to this Order will result in dismissal of plaintiff's claims
4 | pursuant to Federal Rule of Civil Procedure 41(b).

Dated:  April 17, 2025

*/s/ Carolyn K. Delaney*
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

Malenko3098.OSC